# In the United States Court of Federal Claims

No. 26-155C

(Filed: February 2, 2026)

```
* * * * * * * * * * * * * * * * * * * *
                                      *
SCALE AI, INC.,                       *
                                      *
                  Plaintiff,          *
                                      *
      v.                              *
                                      *
THE UNITED STATES,                    *
                                      *
                  Defendant.          *
                                      *
                                      *
                                      *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On February 2, 2026, Enabled Intelligence, Inc. ("EI"), the original awardee of the solicitation at issue in this protest, filed a motion to intervene as a defendant-intervenor pursuant to Rule 24 of the Rules of the Court of Federal Claims ("RCFC").  ECF No. 10.  EI represents that the government and Plaintiff do not oppose the motion.  *Id.* at 1.

The motion is hereby **GRANTED**, and EI shall be designated as defendant-intervenor in the above captioned matter.

**IT IS SO ORDERED.**

s/ Zachary N. Somers
ZACHARY N. SOMERS
Judge