# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| SCALE AI, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 26-155 C |
| ) | |
| THE UNITED STATES, ) | Judge Somers |
| ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| ENABLED INTELLIGENCE, INC., ) | |
| ) | |
| Defendant-Intervenor. ) | |
| ) | |

## DEFENDANT'S UNOPPOSED
## MOTION TO APPOINT AN INFORMATION SECURITY OFFICER

The United States respectfully requests this Court appoint William S. Noble as Classified Information Security Officer (CISO) in the case. On February 3, 2026, we consulted with Anuj Vohra, counsel for plaintiff Scale AI, Inc., and Gregory Jacobs, counsel for defendant-intervenor Enable Intelligence, Inc., and both have indicated that they do not oppose this motion.

We anticipate that documents to be filed in this case, as well as the administrative record, will include national security information that has been classified at the Secret/No Foreign level. Although the parties will endeavor to file unclassified briefs with the Court to the greatest extent possible, references to classified information may be necessary, and it may be necessary to file briefs first with a designated Classified Information Security Officer, pending classification review by the agency. The designated Classified Information Security Officer (and Alternate Classified Information Security Officers) will facilitate the filing of such classified material with

1

the Court, assist the Court with the handling and protection of such material, and protect such information, as otherwise required by law.

    Mr. Noble is a Classified Information Security Officer with the Department of Justice, Litigation Security Group, and has served as this Court's Information Security Officer many times in the past. Further, we respectfully request that the following individuals are designated as Alternate Classified Information Security Officers, to serve in the event Mr. Noble is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, Harry J. Rucker, and Winfield S. "Scooter" Slade.

    Accordingly, and for good cause shown, we respectfully request that these individuals be designated Classified Information Security Officer and Alternate Classified Information Security Officers by the Court, as set forth herein.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

STEVEN MICHAEL MAGER
Assistant Director

/s *Nelson Kuan*
Nelson Kuan
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Washington, DC 20044
Tel.: (202) 307-0335
Nelson.Kuan@usdoj.gov

February 4, 2026                              Attorneys for Defendant