# In the United States Court of Federal Claims

No. 26-155

(Filed: February 18, 2026)

```
* * * * * * * * * * * * * * * * * *
                                   *
SCALE AI, INC.,                    *
                                   *
                    Plaintiff,     *
                                   *
        v.                         *
                                   *
THE UNITED STATES, et al.,         *
                                   *
                    Defendants.    *
                                   *
* * * * * * * * * * * * * * * * * *
```

**ORDER**

      On February 6, 2026, Plaintiff and intervenor-defendant, Enabled Intelligence, Inc., filed applications for access to protected material. *See* ECF Nos. 21–30. No objections were filed, and all applications were granted on February 17, 2026. However, on February 18, 2026, the Clerk's office flagged that the applications submitted by Erin L. Felix and Eyasu Yirdaw for Enabled Intelligence, Inc. were not signed by an attorney of record. Accordingly, access for these individuals should not have been granted.

      The Clerk's office **SHALL** revoke access to protected material for Erin L. Felix and Eyasu Yirdaw, and they shall properly make an appearance in this case before refiling applications for access to protected material. In addition, any further use or review of protected material by Ms. Felix or Mr. Yirdaw until such time as their renewed applications are approved is in violation of the Court's protective order.

**IT IS SO ORDERED**.

                                                         s/ Zachary N. Somers  
                                                         Zachary N. Somers  
                                                         Judge