# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

|  |  |  |
|---|---|---|
| SCALE AI, INC., | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 26-155C |
| | ) | |
| v. | ) | Judge Zachary N. Somers |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| *Defendant*, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ENABLED INTELLIGENCE, INC. | ) | |
| | ) | |
| *Defendant Intervenor*. | ) | |
| | ) | |

## ENABLED INTELLIGENCE, INC.'S NOTICE OF CLASSIFIED FILING

On April 16, 2026, Enabled Intelligence, Inc. filed a classified insert to its Cross-Motion for Judgment on the Administrative Record with the Classified Information Security Officer for service by hand to the Court, Plaintiff, and Defendant.

Dated: April 20, 2026

Respectfully submitted,

/s/ Gregory S. Jacobs
Gregory S. Jacobs
(Counsel of Record)

Of Counsel:
Erin L. Felix
Daniel H. Petkoff
Eyasu Yirdaw

1

108816614.1

2

**POLSINELLI PC**
1401 Eye Street, N.W., Suite 800
Washington, DC   20005
Phone: (202) 626-8368
Fax: (202) 379-7689
Email: gjacobs@polsinelli.com

*Counsel for Enabled Intelligence, Inc.*

2

108816614.1