Case 1:26-cv-00155-ZNS   Document 47   Filed 04/22/26   Page 1 of 1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| SCALE AI, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 26-155 C |
| ) | |
| THE UNITED STATES, ) | Judge Somers |
| ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| ENABLED INTELLIGENCE, INC., ) | |
| ) | |
| Defendant-Intervenor. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I certify that a true copy of "DEFENDANT'S PARTIAL MOTION TO DISMISS,

CROSS-MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD, AND

RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE

RECORD" was sent on April 20, 2026 by electronic mail to counsel of record at:

Vohra, Anuj <AVohra@crowell.com>;

O'Reilly, Liam <WOReilly@crowell.com>;

Schroeder, Zachary <ZSchroeder@crowell.com>;

Schabes, Issac <ISchabes@crowell.com>;

'Masri, Jasmine' <JMasri@crowell.com>;

gjacobs@polsinelli.com;

dpetkoff@polsinelli.com;

efelix@polsinelli.com;

eyirdaw@polsinelli.com

*/s/ Nelson Kuan*